**Todd M. JACK, Plaintiff—Appellant,**

v.

**Becky MOORE, Defendant—Appellee.**

No. 05–1213.

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2005.

Decided: July 6, 2005.

Todd M. Jack, Appellant Pro Se. Andrew Cameron O'Brion, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Todd Michael Jack appeals the district court's order dismissing this action under the *Rooker–Feldman* doctrine \* and the doctrine of judicial immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jack v. Moore,* No. CA–05–4 (E.D. Va. filed Feb. 22, 2005; entered Feb. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

\* *See District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).